# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: STEVEN J. POTTER § Case No. 13-84101
TANA C. POTTER §
§
§
Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/10/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/07/2014.

6) Number of months from filing or conversion to last payment: 1.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,450.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 141.00 |
| Less amount refunded to debtor | $ 132.54 |
| **NET RECEIPTS** | **$ 8.46** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 8.46 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 8.46** |
| Attorney fees paid and disclosed by debtor: | $ 599.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 180.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & INDUSTRIAL | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ROZLIN FINANCIAL GROUP INC | Uns | 412.00 | 412.19 | 412.19 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,366.00 | 1,421.93 | 1,421.93 | 0.00 | 0.00 |
| CHOICE RECOVERY | Uns | 122.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL R | Uns | 445.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 432.00 | 522.09 | 522.09 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 1,288.00 | 2,074.95 | 2,074.95 | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 311.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 367.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 606.00 | 555.00 | 555.00 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 584.00 | 583.31 | 583.31 | 0.00 | 0.00 |
| DISH NETWORK | Uns | 156.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EOS CCA | Uns | 1,586.00 | NA | NA | 0.00 | 0.00 |
| FHN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| GECRB / JCP | Uns | 764.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 405.00 | 405.02 | 405.02 | 0.00 | 0.00 |
| KANE ANESTHESIA ASSOC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KCAS ENTERPRISES | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| KYTE RIVER ER PHYSICIANS | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| LEHANS HOME MEDICAL | Uns | 261.00 | NA | NA | 0.00 | 0.00 |
| MBB | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 280.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHO INSTITUTE | Uns | 775.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 1,005.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL AUTO FINANCE CO | Uns | 10,900.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS IMAGING | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC REHAB SPECIALISTS | Uns | 1,289.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| SFC OF ILLINOIS | Uns | 1,100.00 | NA | NA | 0.00 | 0.00 |
| SHREIVER ONEILL & THOMPSON | Uns | 14,000.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 583.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| USA FINANCE LLC | Uns | 1,101.00 | NA | NA | 0.00 | 0.00 |
| VALLEY MEDICAL | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 125.00 | 123.46 | 123.46 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VIVEK THAPPA MD | Uns | 311.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK / GETTINGTON | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S - ROCKFORD #30 | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 80.00 | 80.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| NATIONAL AUTO FINANCE | Uns | 0.00 | 10,894.25 | 10,894.25 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,272.20 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 8.46 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 8.46 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  04/25/2014          By:  /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.